No. 112.   CARTER v. TEXAS.   Decided October 10, 1938. *Per Curiam:* The appeal herein is dismissed (1) for the want of a substantial federal question, *Whitney* v. *California*, 274 U. S. 357, 368; (2) for the reason that the appellant has no standing to raise the question as to the validity of the statute under the commerce clause, *United States* v. *Kapp*, 302 U. S. 214, 217–218; *Kay* v. *United States*, 303 U. S. 1, 6–7.   *Messrs. Earle B. Mayfield, Dan Moody, J. S. Grisham*, and *R. N. Grisham* for appellant. No appearance for appellee.


No. 150.   HAHN v. OHIO.   Decided October 10, 1938.   *Per Curiam:* The motion of the appellee to dismiss the appeal is granted and the appeal is dismissed for the want of a substantial federal question.   *Moore* v. *United States*, 150 U. S. 57; *Williamson* v. *United States*, 207 U. S. 425, 450, 451; *Heike* v. *United States*, 227 U. S. 131, 145; *Adams* v. *New York*, 192 U. S. 585, 599.   *Messrs. Hiram C. Bolsinger* and *Joseph H. Hoodin* for appellant. *Messrs. Dudley Miller Outcalt, Carson Hoy*, and *Simon Leis* for appellee.